No. 46382.—Protests 723442–G, etc., of Saks & Co., Inc. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of atomizers and atomizers contained in toilet sets and that said atomizers are similar in all material respects to those passed upon in Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.

No. 46383.—Protests 911124–G, etc., of Julius Niclas & Co. et al. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of atomizers ard atomizers contained in toilet sets and that said atomizers are similar in all material respects to those passed upon in Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was therefore sustained.

No. 46384.—Protest 45653–K of Greenberg & Josefsberg (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel that the atomizers in question are composed in chief value of decorated glass, similar to those the subject of Abstract 44140, the claim at 60 percent under paragraph 218 (f) was sustained.

No. 46385.—Protests 849337–G, etc., of Strauss-Eckardt Co., Inc. (New York)·

Opinion by Oliver, P. J. It was stipulated that the brushes in question are the same in all material respects as those the subject of Abstract 34593. The claim that they are dutiable as brushes, not specially provided for, at 50 percent under paragraph 1506 was therefore sustained.

No. 46386.—Protest 793730–G of G. A. Westphal & Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the fur animal figures are similar in all material respects to those the subject of Abstracts 30980 and 41823. The claim at 50 percent under paragraph 1519 was therefore sustained.